**EXHIBIT 2**

NO. 2016-58450

| | | |
|---|---|---|
| **JEFFREY S. CHAMPLIN,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **vs.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **QUANTLAB FINANCIAL, LLC,** | § | |
| | § | |
| *Defendant.* | § | **129TH JUDICIAL DISTRICT** |

## NOTICE TO STATE COURT OF REMOVAL

Please take notice that on October 5, 2016, Defendant Quantlab Financial, LLC filed a Notice of Removal in the United States District Court for the Southern District of Texas, Houston Division, for removal of this action to that United States District Court. Pursuant to 28 U.S.C. Section 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of that Notice with this Court (attached hereto as Exhibit 1), effects the removal of this action, and this Court may proceed no further unless the case is remanded.

- 3 -

Dated October 5, 2016						Respectfully submitted,


							/s/ G. Mark Jodon
							G. Mark Jodon
							State Bar No. 10669400
							Travis J. Odom
							State Bar No. 24056063
							LITTLER MENDELSON, P.C.
							1301 McKinney Street, Suite 1900
							Houston, TX 77010
							713.951.9400 (Telephone)
							713.951.9212 (Telecopier)

							ATTORNEYS FOR DEFENDANT
							QUANTLAB FINANCIAL, LLC


CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2016, a true and correct copy of the foregoing document was sent to the following counsel of record by email:

G. Scott Fiddler
Andrew W. Reed
FIDDLER & ASSOCIATES, P.C.
1004 Congress, 3rd Floor
Houston, Texas 77002

ATTORNEYS FOR PLAINTIFF



							/s/ Travis J. Odom
							Travis J. Odom